IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION


**RAFAEL HERNANDEZ**,

       Plaintiff,

    v.

**TYLER BLEWETT, *et al*,**

       Defendants.

Civ. No. 2:20-cv-01996-AA

**OPINION AND ORDER**

_____

AIKEN, District Judge:

    This case involves plaintiff's claims that he received constitutionally inadequate medical care while in custody. The Court held a mediation between the parties on January 9, 2024. The parties are coordinating ongoing medical care for plaintiff. Mediation will resume after plaintiff's surgery. The United States District Court for the District of Oregon shall

retain jurisdiction over this case and while plaintiff is receiving medical care—care which is material to resolving this lawsuit.  Accordingly, the Court ORDERS that plaintiff remain in the District of Oregon and made available for all further proceedings until otherwise ordered.

IT IS SO ORDERED.

Dated this 9th day of January 2024.


_____/s/Ann Aiken_____

Ann Aiken
United States District Judge


Page 2 – OPINION AND ORDER